**Timothy L. ROBERTS, Relator,**

v.

**UNIVERSITY OF MINNESOTA HOSPITAL AND CLINIC, Self–Insured/Crawford & Company, Respondents,**

**and**

**Hartford Insurance Company, Medica/Healthcare Recoveries, Inc., Intervenors.**

**No. C6–02–1694.**

Supreme Court of Minnesota.

Jan. 23, 2003.

Dooley & Reichert, P.L.C., Theodore D. Dooley, Minneapolis, for Relator.

Mahoney, Dougherty & Mahoney, P.A., Patrick E. Mahoney, Minneapolis, for Respondents.

Susanna L. Woolsey, Healthcare Recoveries, Inc., Louisville, KY, for Intervenors (Healthcare Recoveries, Inc.).

David E. Rollwagen, Eden Prairie, for Intervenors (Hartford Insurance Company).

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 28, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

BY THE COURT:
James H. Gilbert
Associate Justice

PAGE, J., took no part in the consideration or decision of this case.